Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-453**

**Effective Date of Registration:**
June 26, 2024
**Registration Decision Date:**
July 26, 2024

## Title

| | |
|---|---|
| **Title of Work:** | RMN 211651 Daisies and Cornflowers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 16, 2019 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Rachel Patricia McNaughton |
| **Pseudonym:** | artbyrachel |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rachel Patricia McNaughton |
| | Stonethwaite, Scarsdale Ridge, Bardsey, Leeds, LS17 9BP, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rachel Patricia McNaughton |
| **Email:** | rachelm@artbyrachel.co.uk |
| **Address:** | Stonethwaite |
| | Scarsdale Ridge, Bardsey |
| | Leeds LS17 9BP United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-411**
**Effective Date of Registration:**
June 26, 2024
**Registration Decision Date:**
July 26, 2024

---

### Title

**Title of Work:** RMN 38551 Oriental Poppies

### Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 03, 2012
**Nation of 1st Publication:** United Kingdom

### Author

- **Author:** Rachel Patricia McNaughton
  **Pseudonym:** artbyrachel
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** Rachel Patricia McNaughton
Stonethwaite, Scarsdale Ridge, Bardsey, Leeds, LS17 9BP, United Kingdom

### Rights and Permissions

**Name:** Rachel Patricia McNaughton
**Email:** rachelm@artbyrachel.co.uk
**Address:** Stonethwaite
Scarsdale Ridge, Bardsey
Leeds LS17 9BP United Kingdom

### Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-405-455**

**Effective Date of Registration:**
June 26, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** RMN 206534 Blue Poppies

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 11, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Rachel Patricia McNaughton
  **Pseudonym:** artbyrachel
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Rachel Patricia McNaughton
Stonethwaite, Scarsdale Ridge, Bardsey, Leeds, LS17 9BP, United Kingdom

## Rights and Permissions

**Name:** Rachel Patricia McNaughton
**Email:** rachelm@artbyrachel.co.uk
**Address:** Stonethwaite
Scarsdale Ridge, Bardsey
Leeds LS17 9BP United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-410-806**

**Effective Date of Registration:**
June 28, 2024

**Registration Decision Date:**
September 03, 2024

---

**Title**

    Title of Work: RMN 153328 Red Wine Pour

**Completion/Publication**

    Year of Completion: 2015
    Date of 1st Publication: August 26, 2015
    Nation of 1st Publication: United Kingdom

**Author**

    • Author: Rachel Patricia McNaughton
    Pseudonym: artbyrachel
    Author Created: 2-D artwork
    Citizen of: United Kingdom
    Pseudonymous: Yes

**Copyright Claimant**

    Copyright Claimant: Rachel Patricia McNaughton
    Stonethwaite, Scarsdale Ridge, Bardsey, Leeds, LS17 9BP, United Kingdom

**Rights and Permissions**

    Name: Rachel Patricia McNaughton
    Email: rachelm@artbyrachel.co.uk
    Address: Stonethwaite
    Scarsdale Ridge, Bardsey
    Leeds LS17 9BP United Kingdom

**Certification**



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-405-451**

**Effective Date of Registration:**
June 26, 2024
**Registration Decision Date:**
July 26, 2024

## Title

| | |
|---|---|
| Title of Work: | RMN 194810 Here comes the sun |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | November 06, 2017 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| Author: | Rachel Patricia McNaughton |
| Pseudonym: | artbyrachel |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Rachel Patricia McNaughton |
| | Stonethwaite, Scarsdale Ridge, Bardsey, Leeds, LS17 9BP, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Name: | Rachel Patricia McNaughton |
| Email: | rachelm@artbyrachel.co.uk |
| Address: | Stonethwaite |
| | Scarsdale Ridge, Bardsey |
| | Leeds LS17 9BP United Kingdom |

## Certification

Page 1 of 2

